IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCOTTSDALE INSURANCE
COMPANY,

      Plaintiff,

v.

AMERISURE INSURANCE
COMPANY,

      Defendant.

Civil Action
File No.:

## PETITION FOR REMOVAL

TO:    The Honorable Judges of the United States District Court for the
Northern District of Georgia, Atlanta Division

COMES NOW Amerisure Insurance Company ("Amerisure"), and pursuant to

28 U.S.C. § 1446, without waiving any defenses, respectfully shows this Court the

following:

1.    A civil action has been filed and is now pending in the Superior Court of

Fulton County, State of Georgia designated as Civil Action File No. 25CV006778.

2.    The Summons and Complaint in that action were filed in the Superior

Court of Fulton County on May 19, 2025. Amerisure Insurance Company first received

a copy Plaintiff's Complaint on May 20, 2025, and thus, timely files this petition for

removal.

3.     Pursuant to 28 U.S.C. § 1446, attached hereto as **Exhibit "A"** is a copy of all process, pleadings, and orders served upon Amerisure in the state court action.

4.     Defendant Amerisure Insurance Company is a corporation organized and existing under the laws of the state of Michigan which its principal place of business in Farmington Hills, Michigan. Amerisure Insurance Company is now, was at the commencement of this suit, and at all times since been a citizen of Michigan.

5.      Plaintiff Scottsdale Insurance Company  is a corporation organized and existing under the laws of the State of Ohio with its principal place of business located at One West Nationwide Blvd., Columbus, Ohio. Plaintiff is now, was at the commencement of this suit, and at all times since been a citizen of Ohio.

6.     Plaintiff has filed suit against Amerisure alleging breach of contract and seeking judgment in the amount of at least $205,735.59, exclusive of litigation costs, attorneys' fees, and prejudgment interest.

9.     Plaintiffs' alleged damages total an amount in excess of the jurisdictional sum of $75,000, exclusive of interests and costs.

10.     The aforementioned Georgia Superior Court action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and, accordingly, is one which may be removed to this Court by Amerisure pursuant to the provisions of Title 28 of the United States Code §1441, in

that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and is between citizens of different states.

11.    CIC attaches hereto a copy of Amerisure's Notice of Removal filed in the Superior Court of Fulton County, Georgia, marked as **Exhibit "B."**

WHEREFORE the Defendant prays the above action now pending before the Superior Court of Fulton County, Georgia be removed to this Court's jurisdiction.

This 18th day of June, 2025.

Goodman McGuffey LLP
Attorneys for Amerisure Insurance Company

By:    */s/ Stephanie F. Glickauf*
STEPHANIE F. GLICKAUF
GA State Bar No.  257540
SGlickauf@GM-LLP.com
5600 Glenridge Drive NE, Suite 600 West
Atlanta, GA 30342-6902
(404) 264-1500 Phone
(404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | |
| Plaintiff, | Civil Action File No.: |
| v. | |
| AMERISURE INSURANCE COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this **Petition for Removal** with the

Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

T. Evan Beauchamp, Esq.
Cozen O'Connor
1230 Peachtree Street, NE, Suite 400
Atlanta, GA 30309
ebeauchamp@cozen.com

This 18th day of June, 2025.

*/s/ Stephanie F. Glickauf*
STEPHANIE F. GLICKAUF
GA State Bar No.  257540
SGlickauf@GM-LLP.com
Goodman McGuffey LLP
5600 Glenridge Drive NE, Suite 600 West
Atlanta, GA 30342-6902
(404) 264-1500 Phone, (404) 264-1737 Fax

7053-0011/Doc ID #8696964