IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

       v.

AMERISURE INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO.
1:25-cv-03427-TRJ

## ORDER

On January 26, 2026, the parties filed a notice of settlement, notifying the Court that they have settled this case and intend to file a stipulation of dismissal upon finalization of the settlement. (Doc. 21). Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a stipulation of dismissal by **February 25, 2026**. Absent an extension or further order of the Court, if there is no request to reopen this action by **February 25, 2026**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **February 26, 2026**, if the parties have not filed a stipulation of dismissal.

SO ORDERED, this 26th day of January, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge